IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Cynthia D

Printed: 6/3/08

Case Number: 07 B 01681
Judge: Goldgar, A. Benjamin
Filed: 1/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: July 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,144.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 660.23 |
| Administrative: |  | 2,314.00 |
| Trustee Fee: |  | 169.77 |
| Other Funds: |  | 0.00 |
| Totals: | 3,144.00 | 3,144.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 2,314.00 |
| 2. | National Auto Finance Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 6,050.88 | 660.23 |
| 4. | AmeriCash Loans, LLC | Unsecured | 26.35 | 0.00 |
| 5. | Capital One | Unsecured | 56.76 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 162.68 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 45.13 | 0.00 |
| 8. | Aspire Visa | Unsecured | 79.04 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 51.40 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 470.08 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Equicredit Corp | Unsecured | | No Claim Filed |
| 13. | Es Financial | Unsecured | | No Claim Filed |
| 14. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 15. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | I C Systems Inc | Unsecured | | No Claim Filed |
| 18. | Household Bank FSB | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Standard Bank & Trust Co | Unsecured | | No Claim Filed |
| 21. | National Recovery, Inc | Unsecured | | No Claim Filed |
| | | | $ 9,256.32 | $ 2,974.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Cynthia D | Case Number: 07 B 01681 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/3/08 | Filed: 1/31/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 169.77 |
| | _____ |
| | $ 169.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

